# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

TYHEEM ALLAH,

       Plaintiff,

       V.                       CASE NUMBER: 9:02-CV-0175

HANS WALKER; JAMES J. PERKINS;
R. ASHBY; RONALD F. NELSON; JERRY
MORGAN; CHERYL PARMITER; SGT.
LETOURNEAU; CAPTAIN GUMMERSON;
RICHARD J. COX; CAPTAIN ROURKE; D. SMITH;
EDWARD DANN; THOMAS G. EAGEN; K. BELLAMY;
GLENN S. GOORD; ANTHONY J. ANNUCCI;
EDWARD R. DONNELLY; CAPTAIN KEARNEY;
LIEUTENANT HORTEK; PRISON GUARD MARRS;
PRISON GUARD DAMACHE; PRISON GUARD BALL;
PRISON GUARD HATFIELD; DONALD SELSKY,

       Defendants.

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of the defendants pursuant to the Order by Chief District Judge Frederick J. Scullin, Jr., filed April 20, 2005.

April 20, 2005                                  **LAWRENCE K. BAERMAN**
_____        _____
DATE                                                 CLERK

                                                                 _____
                                                                  (BY) DEPUTY CLERK